IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.; CDW CORPORATION; MARRIOTT INTERNATIONAL, INC.; STAPLES, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; AND TRAVELOCITY.COM LP,<br><br>          Defendants. | Civil Action No.<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT

Plaintiff Execware, LLC ("Execware") alleges as follows:

PARTIES

1. Execware is a limited liability company organized under the laws of the Commonwealth of Virginia, having its principal offices at 3440 S. Jefferson Street #1125, Falls Church, Virginia 22041.

2. Defendant Amazon.com, Inc. ("Amazon") is a Delaware corporation with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109.  Amazon has appointed Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 as its agent for service of process.

3. On information and belief, Defendant CDW Corporation ("CDW") is a Delaware corporation with its principal place of business at 200 N. Milwaukee Avenue, Vernon Hills, Illinois 60061.  CDW has appointed Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 as its agent for service of process.

4. On information and belief, Defendant Marriott International, Inc. ("Marriott") is a Delaware corporation with its principal place of business at 10400 Fernwood Road, Bethesda, Maryland, 20817.  Marriott has appointed The Prentice-Hall Corporation System, Inc., 2711

Centerville Road, Suite 400, Wilmington, Delaware, 19808 as its agent for service of process as its agent for service of process.

5. On information and belief, Defendant Staples, Inc. ("Staples") is a Delaware corporation with a principal place of business at 500 Staples Drive, Framingham, Massachusetts 01702. Staples has appointed The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801 as its agent for service of process.

6. On information and belief, Defendant Starwood Hotels & Resorts Worldwide, Inc. ("Starwood") is a Maryland corporation with its principal place of business at 5530 Wisconsin Avenue, Chevy Chase, Maryland 20015. Starwood has appointed The Corporation Trust Incorporated, 351 West Camden Street, Baltimore, Maryland 21201, as its agent for service of process.

7. On information and belief, Defendant Travelocity.com LP ("Travelocity") is a Delaware limited partnership with a principal place of business at 3150 Sabre Drive, Southlake, Texas 76092. Travelocity has appointed Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 as its agent for service of process.

## JURISDICTION AND VENUE

8. This is an action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq*., including § 271. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

9. Venue is proper in this district under 28 U.S.C. §§ 1391 (b)-(d) and 1400(b) because each defendant is subject to personal jurisdiction in this district, has committed or induced acts of patent infringement in this district, or has a regular and established place of business in this district.

## COUNT I

(Infringement of U.S. Patent No. 6,216,139)

10. Execware is the owner by assignment of United States Patent No. 6,216,139 ("the '139 patent"), entitled "Integrated Dialog Box for Rapidly Altering Presentation of Parametric

Text Data Objects on a Computer Display." The '139 patent issued on April 10, 2001. A true and correct copy of the '139 patent is attached hereto as Exhibit A.

11. On information and belief, defendant Amazon is infringing (literally and under the doctrine of equivalents) the '139 patent in this District and throughout the United States by, among other things, making, using, selling, offering to sell, or importing a computer system to rapidly format and reformat tabular displays of records or text data objects, such Amazon's product listings at www.amazon.com.

12. On information and belief, defendant CDW is infringing (literally and under the doctrine of equivalents) the '139 patent in this District and throughout the United States by, among other things, making, using, selling, offering to sell, or importing a computer system to rapidly format and reformat tabular displays of records or text data objects, such CDW's product listings at www.cdw.com.

13. On information and belief, defendant Marriott is infringing (literally and under the doctrine of equivalents) the '139 patent in this District and throughout the United States by, among other things, making, using, selling, offering to sell, or importing a computer system to rapidly format and reformat tabular displays of records or text data objects, such Marriott's product and service listings at www.marriott.com/default.mi.

14. On information and belief, defendant Staples is infringing (literally and under the doctrine of equivalents) the '139 patent in this District and throughout the United States by, among other things, making, using, selling, offering to sell, or importing a computer system to rapidly format and reformat tabular displays of records or text data objects, such Staples' product listings at www.staples.com.

15. On information and belief, defendant Starwood is infringing (literally and under the doctrine of equivalents) the '139 patent in this District and throughout the United States by, among other things, making, using, selling, offering to sell, or importing a computer system to rapidly format and reformat tabular displays of records or text data objects, such Starwood's product and service listings at www.starwoodhotels.com.

16. On information and belief, defendant Travelocity is infringing (literally and under the doctrine of equivalents) the '139 patent in this District and throughout the United States by, among other things, making, using, selling, offering to sell, or importing a computer system to rapidly format and reformat tabular displays of records or text data objects, such Travelocity's product and service listings at www.travelocity.com.

17. As a result of each defendant's infringement of the '139 patent, Execware has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless each defendant's infringing activities are enjoined by this Court.

18. Unless a permanent injunction is issued enjoining each defendant and its agents, servants, employees, attorneys, representatives, affiliates, and all others acting on its behalf from infringing the '139 patent, Execware will suffer irreparable harm.

## PRAYER FOR RELIEF

Execware prays for the following relief:

1. A judgment that each defendant has infringed (either literally or under the doctrine of equivalents) one or more claims of the '139 patent;

2. A permanent injunction enjoining each defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with them, from infringing the '139 patent;

3. An award of damages resulting from each defendant's acts of infringement in accordance with 35 U.S.C. § 284;

4. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Execware its reasonable attorneys' fees against each defendant;

5. A judgment and order requiring defendants to provide an accounting and to pay supplemental damages to Execware, including without limitation, pre-judgment and post-judgment interest; and

6. Any and all other relief to which Execware may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Execware demands a trial by jury on all issues so triable.

| | |
|---|---|
| September 15, 2011 | BAYARD, P.A. |
| | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| | Stephen B. Brauerman (sb4952) |
| Of Counsel: | 222 Delaware Avenue, Suite 900 |
| | Wilmington, DE  19801 |
| Marc A. Fenster | (302) 655-5000 |
| Russ, August & Kabat | rkirk@bayardlaw.com |
| 12424 Wilshire Boulevard, 12th Floor | sbrauerman@bayardlaw.com |
| Los Angeles, CA  90025-1031 | |
| (310) 826-7474 | Attorneys for Plaintiff, |
| mfenster@raklaw.com | Execware, LLC |