**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXECWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, *ET AL.*, <br><br> Defendants. | C.A. No. 11-836-LPS-SRF |

**NOTICE OF DEPOSITION OF ADAM CHACE**

PLEASE TAKE NOTICE that under Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition by oral examination of Adam Chace. The deposition will take place on 1/13/2014, at 10:00 a.m. local time, at Antonelli, Harrington & Thompson LLP, 4200 Montrose Blvd., Suite 430, Houston, Texas 77006, or at such alternative date, time, and place as mutually agreed on by the parties.

The deposition will take place pursuant to the Federal Rules of Civil Procedure before a Notary Public or other officer duly authorized by law to administer oath, and will continue from day to day until completed, with such adjournments as time and place that may be necessary. The deposition will be recorded by stenographic means and may be audiotaped and/or videotaped.

You are invited to attend and cross-examine.

<table>
<tr><td>

Dated: December 26, 2013

Of Counsel:

Zachariah S. Harrington
Matthew J. Antonelli
Larry D. Thompson, Jr.
Kris Y. Teng
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000
zac@ahtlawfirm.com
matt@ahtlawfirm.com
larry@ahtlawfirm.com
kris@ahtlawfirm.com

</td><td>

BAYARD, P.A.

/s/ *Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Execware, LLC*

</td></tr>
</table>